1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GALVAN, and LOLIS TACKWOOD, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KROSSLAND COMMUNICATIONS, INC.; and ALLCOM TELINK CORPORATION,<br><br>    Defendants. | CASE NO.  8:08-CV-00999 JVS (ANx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER CONTINUING TRIAL AND PRE-TRIAL DATES** |

    Based upon the stipulation of the parties and the supporting declaration, and good cause appearing therefor, the Court hereby orders the following deadlines be continued to the dates set forth below:

| Event | Date |
|---|---|
| File Motions in Limine | March 12, 2012 |
| File Pre-Trial Documents | April 3, 2012 |
| Final Pre-Trial Conference | April 9, 2012, 11:00 a.m. |
| Trial | April 17, 2012, 8:30 a.m. |

/ / /

/ / /

1  The parties shall promptly advise the Court of the status of the parties'
2  settlement discussions and, if the matter is not resolved, the terms of a class notice
3  program, no later than January 12, 2012.

5  DATED: November 16, 2011

*[signature]*

HON. JAMES V. SELNA
U.S. District Court Judge

-2-
ORDER GRANTING JT. STIPULATION CONTINUING         CASE NO.: 8:08-CV-00999-JVS (ANX)
TRIAL AND PRE-TRIAL DATES
WEST\21705072.1