# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL GALVAN, and LOLIS TACKWOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KROSSLAND COMMUNICATIONS, INC.; and ALLCOM TELINK CORPORATION,<br><br>Defendants. | CASE NO. 8:08-CV-00999 JVS (ANx)<br><br>**CLASS ACTION**<br><br>**ORDER VACATING PENDING TRIAL DATES AND SETTING PRELIMINARY APPROVAL HEARING** |

Based upon the stipulation of the parties that an agreement in principle has been reached to resolve the claims at issue in this action, and good cause appearing therefore, the Court hereby orders as follows:

1. All present trial and pre-trial dates are hereby vacated pending submission of the Stipulation of Dismissal;

2. A preliminary approval hearing is hereby set for April 30, 2012 at 1:30 p.m. Moving papers shall be filed no later than April 2, 2012.

DATED: March 1, 2012

_____
HON. JAMES V. SELNA
U.S. District Court Judge